FREDERICK S. HOLMES v. ROY C. MEGARGEL and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

WILLIAM DELVE v. JOSEPH M. DEVERE.— Motion to dismiss appeal denied. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MAURO PIZZUTIELLO v. THOMAS MULLIGAN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS McINTYRE and JOHN SAYRES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VITO RANDAZZO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of TURBO ELECTRIC CONSTRUCTION COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

INTERNATIONAL PAPER COMPANY v. NEW YORK CENTRAL RAILROAD COMPANY.— Application granted upon plaintiff's filing stipulation required by order. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MATHIAS LAZAREFF v. CHARLES D. NORTON COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HENRY E. DIXEY v. PUNCH AND JUDY THEATRE COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

WILLIAM E. FICKLEN and Others v. F. WILLIAM STOCKER, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MACARTHUR BROS. COMPANY and Others v. THE CITY OF NEW YORK. — Motion granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of EDMUND D. TELLER, Deceased.— Motion for reargument denied. Motion to go to Court of Appeals granted upon entry of order upon the decision of June 8, 1917. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.